

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
MAR - 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

Sophai Lo

CASE/CITATION NO. 2:15-mj-00205-KJN-1

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 3-4 16        X SL
                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**
                $175 - Count 1            $10 - Count 1
(X) Fine: $ 325 - Count 2  and a penalty assessment of $ 10 - Count 2  for a TOTAL AMOUNT OF: $ 520  within  11  days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

☐ **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
    or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/4/2016        _____
                      U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                 EDCA-3