# FILED

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

MAR - 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



UNITED STATES OF AMERICA
VS.

Sophai Lo

CASE/CITATION NO. 2:15-mj-00205-KJN-1

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 3-4-16          SL
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 175 - Count 1    $ 10 - Count 1
        325 - Count 2    and a penalty assessment of $ 10 - Count 2    for a TOTAL
AMOUNT OF: $ 520   within  11  days/months; ~~or payments of $ ___ per month, commencing _____ and due on the _____ of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/4/2016              _____
                            U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                         EDCA-3